Barnes *v.* Taylor.    First National Bank of Freehold *v.* Irons.

which, together with the principal, makes the sum of $4,238.58.

The decree in the cause should be reversed, and a decree entered for the complainant for the sum of $4,238.58.

*Decree unanimously reversed.*

---

ISAAC BARNES and others, appellants,

and

JOHN L. TAYLOR, surviving executor, &c., respondent.

The opinion of the chancellor, reported in *Barnes* v. *Taylor*, 12 *C. E. Gr.* 259, was unanimously affirmed. No written opinion was delivered.

---

ISAAC BARNES and others, appellants,

and

JOHN L. TAYLOR, surviving executor, &c., respondent.

The opinion of the chancellor, reported in *Barnes* v. *Taylor*, 12 *C. E. Gr.* 266, was unanimously affirmed. No written opinion was delivered.

---

FIRST NATIONAL BANK OF FREEHOLD, appellant,

and

GILBERT H. IRONS, respondent.

The opinion of the chancellor, reported *supra p.* 43, was unanimously affirmed for the reasons given by the chancellor. No written opinion was delivered.